The Court approves stipulated dismissal with prejudice 12/31/2020.
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DOMINIC MELE, | ) | CASE NO.: 1:20-cv-00585-JG |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | **JOINT STIPULATED DISMISSAL AND JUDGMENT ENTRY** |
| | ) | |
| THE ARTHUR LOUIS STEEL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Now come the Parties to stipulate to the dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear their own costs. The Parties further stipulate that this court shall retain jurisdiction to address any post dismissal matters that may arise relating to this action.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Nicholas Thompson (per consent)* | */s/ Katie Lynn Zorc* | */s/ Jeffrey A. Ford (per consent)* |
| Nicholas D. Thompson (VA92821) | KATIE LYNN ZORC (0092714) | JEFFREY A. FORD (0006002) |
| **The Moody Law Firm** | **REMINGER CO., L.P.A.** | **ANDREWS & PONTIUS, LLC** |
| 500 Crawford Street, Suite 200 | 101 Prospect Avenue West, STE 1400 | 4810 State Road |
| Portsmouth, VA 23704 | Cleveland, Ohio 44115-1093 | P.O. Box 10 |
| Phone: (757) 393-4093 | P: 216-430-2169 | Ashtabula, Ohio 44005 |
| nthompson@moodyrrlaw.com | Email: KZorc@reminger.com | P: 440-998-6835 |
| *Counsel for Plaintiff* | | JFord@andrewspontius.com |
| | *Counsel for Defendant* | *Co-Counsel for Defendant* |

IT IS SO ORDERED

_____
JUDGE JAMES S. GWIN